7jgmtwoh (7/12)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

*In Re:*  Gary D Welch and Denise M Welch
*Debtor*

**Cabool State Bank**
   Plaintiff(s)

v.

**Gary D Welch**
   Defendant(s)

*Bankruptcy Case No.*
14–60229–abf7

*Adversary Case No.*
14–06024–abf

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That Judgment is entered in favor of Cabool State Bank and against Gary D. Welch, Defendant, for the sum of $25,000.00. IT IS FURTHER ORDERED AND ADJUDGED that the Judgment against Gary D. Welch is not dischargeable pursuant to 11 U.S.C. Section 523(a)(6).

Ann Thompson
Court Executive

By: /s/ Sharon Greene
      Deputy Clerk



Date of issuance: 9/18/14

Court to serve